NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ERIC MALONE,**

*Plaintiff-Appellant*

**v.**

**UNITED STATES,**

*Defendant-Appellee*

---

2023-1899

---

Appeal from the United States Court of Federal Claims in No. 1:22-cv-01910-EDK, Chief Judge Elaine Kaplan.

---

## O R D E R

The appellant having failed to file an appendix required by Federal Circuit Rule 30(a) within the time permitted by the rules, it is

2                                                    MALONE V. US


ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

FOR THE COURT


February 22, 2024
Date

Jarrett B. Perlow
Clerk of Court


**ISSUED AS A MANDATE:** February 22, 2024